**Charlotte M. ARAKELIAN**

v.

**Garabed C. ARAKELIAN.**

**No. 80–216–A.**

Supreme Court of Rhode Island.

Jan. 22, 1981.

Alan T. Dworkin, Cranston, for petitioner.

Aram K. Berberian, Warwick, for respondent.

### ORDER

This case is assigned to the *show cause* calendar for Monday, February 2, 1981.

The respondent is directed to appear and show cause why petitioner's motion to dismiss should not be granted, and further, to demonstrate why this appeal should not otherwise be dismissed as frivolous.

**BELVOIR ASSOCIATES et al.**

v.

**Anthony J. BOVE d/b/a Mirabar Lounge.**

**No. 80–376–A.**

Supreme Court of Rhode Island.

Jan. 22, 1981.

Hinckley, Allen, Salisbury & Parsons, Howard E. Walker, Providence, for plaintiffs.

Gunning, LaFazia & Gnys, Inc., Netti C. Vogel, Providence, for defendant.

### ORDER

The plaintiff's motion to dismiss this appeal pursuant to Rule 16(g), as prayed, is denied. This case is assigned to the *show cause* calendar. The parties are directed to appear and show cause why defendant's appeal should not be sustained in view of the amended provisions of G.L. of 1956 (1969 Reenactment) § 9–12–10.

**Gary DOYLE**

v.

**STATE.**

**No. 79–237–C.A.**

Supreme Court of Rhode Island.

Jan. 22, 1981.

Robert B. Mann, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Thomas H. Caruolo, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The motion for counsel fee is granted and Robert B. Mann is hereby awarded the sum of $869.31 as counsel fee, plus costs, for services rendered in this court on petitioner's behalf. The motion for counsel fee for services performed for petitioner in Superior Court is referred to the Presiding Justice of the Superior Court for the awarding of a suitable fee.